IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | : |
|     Plaintiff, | : |
| v. | : Civ. No. 20-852-LPS |
| MICHAEL L. TIPSORD, et al., | : |
|     Defendants. | : |

**ORDER**

At Wilmington this 11th day of August, 2021, consistent with the Memorandum issued this date,

IT IS HEREBY ORDERED that:

1. Plaintiff has shown cause why Gary L. Perlin, Debra L. Reed-Kiages, Pamela B. Strobel, Vicki A. O'Meara, Jody Boyer, and Janelle T. Boyer should not be dismissed for failure to serve process upon them.

2. Gary L. Perlin, Debra L. Reed-Kiages, Pamela B. Strobel, Vicki A. O'Meara, Jody Boyer, and Janelle T. Boyer were mistakenly named as defendants. They are DISMISSED without prejudice.

3. Plaintiff's motions for relief under Rule 60(b) are DENIED. (D.I. 19, 20)

4. Plaintiff is given until on or before **September 1, 2021** to file a response to Defendants' motion to dismiss. If Plaintiff does not file a response, the Court will rule on the papers submitted. There will be no further extensions.

                                                                           HONORABLE LEONARD P. STARK
                                                                           UNITED STATES DISTRICT JUDGE